FILED
CLERK, U.S. DISTRICT COURT

MAY - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITO LOREDO, | NO. CV 06-8023-GPS (MAN) |
| Petitioner, | |
| v. | JUDGMENT |
| JOHN MARSHALL, | |
| Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 5/8/08

GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE